People ex rel. Spivack v Maginley-Liddie (2024 NY Slip Op 06321)

People ex rel. Spivack v Maginley-Liddie

2024 NY Slip Op 06321

Decided on December 17, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 17, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

CHERYL E. CHAMBERS, J.P.
LINDA CHRISTOPHER
LAURENCE L. LOVE
PHILLIP HOM, JJ.

2024-12811

[*1]The People of the State of New York, ex rel. Richard Cary Spivack, on behalf of Jamah Joseph, petitioner,
v
Lynelle Maginley-Liddie, etc., et al., respondents.

Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, and Rahul K. Sukesh of counsel), for respondents.
Richard Cary Spivack, Forest Hills, NY, petitioner pro se.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Jamah Joseph upon his own recognizance or, in the alternative, to set reasonable bail pursuant to CPL 30.30(2)(a) upon Queens County Indictment No. 71375/2024.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The petitioner failed to demonstrate entitlement to relief pursuant to CPL 30.30(2)(a).
CHAMBERS, J.P., CHRISTOPHER, LOVE and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court